

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2016

No. 04-16-00658-CR & 04-16-00659-CR

The State of **TEXAS,**
Appellant

v.

Ruben **RODRIGUEZ,**
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR10288 & 2015CR10289
Honorable Ray Olivarri, Judge Presiding

**O R D E R**

     Maria Fattahi's notification of late record is hereby granted. The reporter's record is due December 30, 2016.

_____
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court